UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARD DOUGLAS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| **K & L REAL ESTATE LLC, ET AL** | **NO.: 16-00866-BAJ-RLB** |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 8)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation uaddresses Plaintiff Leonard Douglas' Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e). The Magistrate Judge recommended that Plaintiff's Complaint be **DISMISSED without prejudice** for lack of subject matter jurisdiction and on the bases that Plaintiff has not established that he can adequately represent the interests of his co-plaintiffs. (Doc 8 at p. 5).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id*. at p. 1). Neither party filed a response. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Defendant's Complaint (Doc. 1) is **DISMISSED** without prejudice.

Baton Rouge, Louisiana, this 12th day of October, 2018.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**